**Fill in this information to identify the case:**

Debtor name: **BRAS TRADING, INC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor            Current value of debtor's interest

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 2,847,503.86 | - | 2,847,503.86 = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 1,500,000.00 | - | 0.00 = .... | $1,500,000.00 |
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**                                                                                      $1,500,000.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor  **BRAS TRADING, INC**                                    Case number *(If known)* _____
              Name

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Forklift | $0.00 | | $3,000.00 |

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                                    **$3,000.00**

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☒ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

Debtor  **BRAS TRADING, INC**  
        Name

Case number *(If known)* _____

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.  
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**  
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.  
☒ Yes Fill in the information below.

                                                  **Current value of debtor's interest**

71. **Notes receivable**  
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**  
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership  
Bras Trading  Do Brazil Comercio Ez Servicios De Tecnologia, LTDA., A Brazilian Company  
Tax ID Number: 20.153.546/0001-90  
Rua Do Ouvidor, 60-sala 1.212  
Centro-CEP: 20.040.030  
Rio De Janeiro, RJ                                                        $0.00

JCP Mello, LTDA., a Brazilian Company                               $0.00

78. **Total of Part 11.**                                                               $0.00  
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**  
☒ No  
☐ Yes

Debtor  **BRAS TRADING, INC**  
Name

Case number *(If known)* _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $1,500,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $3,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ......................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,503,000.00   + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $1,503,000.00 |

**Fill in this information to identify the case:**

Debtor name: **BRAS TRADING, INC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Access Inteligence, LLC**<br>**P.O. Box 9187**<br>**Gaithersburg, MD 20898**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | | $45,450.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Arbor Lake Ltd,**<br>**blackburne highway**<br>**Road town, Tortola, B.V.I**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | | $236,681.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Astoria Networks GMBH**<br>**Kolner Str. 10b**<br>**Eschborn  65760**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | | $470,227.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Carmel Trading International, Inc**<br>**1470 NW 107 Ave**<br>**Suite E**<br>**Miami, FL 33172**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | | $987,173.00 |

Debtor  **BRAS TRADING, INC**            Case number (if known)
        Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228,679.00 |
|---|---|---|---|
| | Carmel Trading International, Inc<br>1470 NW 107 Ave<br>Suite E<br>Miami, FL 33172 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429,400.00 |
|---|---|---|---|
| | Carmel Trading International, Inc<br>1470 NW 107 Ave<br>Suite E<br>Miami, FL 33172 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344,800.00 |
|---|---|---|---|
| | Carmel Trading International, Inc<br>1470 NW 107 Ave<br>Suite E<br>Miami, FL 33172 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,009,589.00 |
|---|---|---|---|
| | Curve Comercia<br>800 Red Brook Boulevard<br>Suite 400C<br>Owings Mills, MD 21117 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,528.02 |
|---|---|---|---|
| | Diane Nobile, Esq<br>201 S. Biscayne Blvd<br>Suite 2650<br>Miami, FL 33131 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,580,890.60 |
|---|---|---|---|
| | Eutelsat Do Brazil, LTDA<br>One SE 1st Avenue<br>25th Floor<br>Miami, FL 33131 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,817,208.29 |
|---|---|---|---|
| | Gilat Do Brazil LTDA<br>600 Brickell Ave<br>Suite 1750<br>Miami, FL 33131 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor  **BRAS TRADING, INC**                                  Case number (if known)
        Name

| 3.12 | Nonpriority creditor's name and mailing address<br>Gilat Satellite Network, Ltd<br>600 Brickell Avenue<br>Suite 1750<br>Miami, FL 33131 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,038,426.00 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.13 | Nonpriority creditor's name and mailing address<br>Globo Comicacao e Participacoes<br>na Rua Lopes Quintas, no 303<br>Jardin Botanico, CEP 22460-901 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.14 | Nonpriority creditor's name and mailing address<br>Internal Revenue<br>51 SW 1st Avenue<br>Roon 700<br>Miami, FL 33130 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,415.54 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.15 | Nonpriority creditor's name and mailing address<br>Mayfly Gwr Offshore Containers<br>da Rodovia BR 101 com a Rodivia RJ 182<br>Rio de Janeiro | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,369.00 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.16 | Nonpriority creditor's name and mailing address<br>Rignet Inc<br>1880 South Dairy Ashford<br>Suite 300<br>Houston, TX 77077 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $46,173.51 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.17 | Nonpriority creditor's name and mailing address<br>Saint Michael International Corp<br>1470 NW 107 Ave<br>Suit E<br>Miami, FL 33172 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.18 | Nonpriority creditor's name and mailing address<br>Telespazio Brazil<br>na Av. Rio de Janeiro, na Rua do Ouvidor<br>no 1, sala 1803<br>Rio de Janeiro | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $899,372.20 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **BRAS TRADING, INC**  Case number (if known) _____
        Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | De La Pena Group, P.A<br>600 Brickell Avenue<br>Suite 1750<br>Miami, FL 33131 | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | James M. Miller Esq<br>One S.E 3rd Avenue<br>25th floor<br>Miami, FL 33131 | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | James M. Miller Esq<br>One S.E 3rd Avenue<br>25th floor<br>Miami, FL 33131 | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Ravi Batta, Esq<br>21490 West Dixie highway<br>Aventura, FL 33180 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Richard P. Joblob, Esq<br>12372 SW 82 Ave<br>Miami, FL 33156 | Line **3.1**<br>☐ Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 85,238,382.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 85,238,382.16 |

**Fill in this information to identify the case:**

Debtor name  **BRAS TRADING, INC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☑ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $3,274,146.00 |
   | **For the fiscal year:**<br>From 1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other | $8,686,462.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **BRAS TRADING, INC**                                     Case number (if known) _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Rignet Inc, V. Bras Trading 2016-009706 CA 01 | Open Account and Unjust Enrichment | Miami Dade County Court 73 West Flagler Street Miami, FL 33131 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.2. | Access Intelligence LLC. v. Bras Trading, Inc 2016-023005 CA 01 | Breach of Contract | Miami Dade County Court 73 West Flagler Street Miami, FL 33131 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.3. | Gilat Satellite Networks, Ltd. et al v. Bras Trading, Inc 1:16-cv-22348-FAM | Breach of Agreement | Federal U.S Southern District of FL | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.4. | Eutelsat Do Brasil LTDA v. Bras Trading, Inc 1:15-cv-24164-KMW | Contract | Federal U.S Southern District of FL | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.5. | Bras Trading, INC v. Eutelsat Do Brasil 0480066-69. 2015.8.19.0001 | Contract | Federal Court of Rio De Janiero | ■ Pending ☐ On appeal ☐ Concluded |

Debtor  **BRAS TRADING, INC** _____  Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Telespazio Brazil, S.A. v. Brastrading, INC.<br>0143358-59-2016.8.19.0001 | Contract | Federal Court of Rio De Janeiro | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Ricardo Luis Menezes Valle v. Bras Trading Do Brasil.<br>0100737-41.2016.5.01.0052 | Labor | Regional Court of Labor of 1st Degree<br>Rio De Janeiro, Brazil | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Pablo Braga Correa v. Bras Trading Do Brazil<br>0011539-11.2015.5.01.0025 | Labor | Brazil | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Mayfly Gwr Offshore Containers v. Bras Trading Do Brasil<br>80924961637-59 | Contract | Brazil | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Globo Comicacao e Participacoes v. Bras Trading Do Brasil<br>40920361365-17 | Contract | Brazil | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Astoria Networks GmbH v. Bras Trading, Inc<br>no. RH-394/13 | Contract | Germany Arbritation | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | Curve Commercial Services, LLC v. Wagner Moura<br>17-9428 CA 01 | | Miami Dade County Court<br>73 West Flagler Street<br>Miami, FL 33131 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Patricio Sepulveda v. Wagner Dos Santos Moura and Bras Trading<br>17-002913 CA 01 | | Miami Dade County Court<br>73 West Flagler Street<br>Miami, FL 33131 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

### Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

Debtor    **BRAS TRADING, INC**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|   | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Gonzalo Perez, Jr., P.A.<br>7915 Coral Way<br>Miami, FL 33155 | | | $5,000.00 |
|   | Email or website address | | | |
|   | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor **BRAS TRADING, INC**  Case number *(if known)*

- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ☒ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☒ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☒ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Sabadel Bank | XXXX- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | July 2016 | $100.00 |
| 18.2. | Citibank<br>P.O Box 769018<br>San Antonio, TX 78245 | XXXX-1226 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒<br>Other **Business** | | $0.00 |
| 18.3. | Valley National Bank<br>1445 Valley Road<br>Wayne, NJ 07470 | XXXX-3854 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor  **BRAS TRADING, INC**                                                  Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

Debtor  **BRAS TRADING, INC**                                  Case number *(if known)*

### 25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Brastrading Do Brazil** | **Tax Management Service Corp** | Dates business existed<br>EIN:<br>From-To    2007-Present |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Tax Management  Services Corporation**<br>1470 NW 107 Ave<br>#E<br>Miami, FL 33172 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Tax Management**<br>1470 NW 107 Ave<br>#E<br>Miami, FL 33172 | |
| 26c.2.  **Leandro Tavarez** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.  **Curve Comercia**
        800 Red Brook Blvd
        Owings Mills, MD 21117

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor **BRAS TRADING, INC** _____ Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wagner Moura | 10756 NW 70 Ter<br>Doral, FL 33178 | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

Debtor  **BRAS TRADING, INC**  Case number *(if known)*

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2017**

**/s/ Wagner Moura**   **Wagner Moura**
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes