UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                  Case No. 17-11752-LMI
                                                                                        Chapter 7
BRAS TRADING, INC.

                    Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

Pursuant to Bankruptcy Rule 11 U.S.C. § 347 and Local Rule 3011-1, the trustee has unclaimed funds of $8,759.78 remaining in the trustee's account which represents a distribution made to an entity pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: June 8, 2021

                                                    ___/s/Soneet R. Kapila_____
                                                    Soneet R. Kapila, Trustee
                                                    P.O. Box 14213
                                                    Fort Lauderdale, FL 33302
                                                    Phone: 954/761-8707
                                                    Fax: 954/761-1033

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:                                                                  Case No. 17-11752-LMI
                                                                        Chapter 7
BRAS TRADING, INC.

        Debtor(s).
_____/

<u>**Attachment**</u>

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| #3 | Rignet, Inc.<br>1880 South Dairy Ashford<br>Suite 300<br>Houston, TX 77077 | $46,173.51 | $141.26 |
| #8 | Gilat do Brasil LTDA<br>c/o De La Pena Group, P.A.<br>PO Box 311093<br>Miami, FL 33231 | $2,817,208.29 | $8,618.52 |